# United States District Court
# Western District of Kentucky
# at Louisville

*NOTICE OF DEFICIENCY*

**TO:** Heather Boone McKeever

**CASE #:** 3:10-cv-611-S

**STYLE OF CASE:** Foster et al v. Mortgage Electronic Registration Systems, Inc.

**DOCUMENT TITLE:** Complaint

**DATE:** 9/30/2010

**BY:** Ashley Powell
*DEPUTY CLERK*

---

*Please be advised that the recent filing of the above cited document with the Clerk's Office is deficient as indicated below:*

**CIVIL COVER SHEET. Cover Sheet Not Submitted With Complaint.**

**YOU ARE GRANTED 7 DAYS FROM THIS DATE TO REMEDY THE DEFICIENCY OR DEFICIENCIES IDENTIFIED ABOVE.  FAILURE TO COMPLY WITHIN 7 DAYS, WITHOUT GOOD CAUSE SHOWN, WILL RESULT IN THIS MATTER BEING BROUGHT TO THE ATTENTION OF THE COURT**