UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL CASE NO. 3:10-CV-00611-CRS

ELIZABETH FOSTER, et al.                                              PLAINTIFFS

vs.

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., et al.                                                 DEFENDANTS

_____

**DEFENDANT DINSMORE & SHOHL LLP'S MOTION TO DISMISS CLASS ACTION COMPLAINT, AND MEMORANDUM IN SUPPORT**

Defendant Dinsmore & Shohl LLP ("Dinsmore") moves the Court to dismiss all claims asserted against it in the Class Action Complaint ("Complaint"), pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, because the Complaint has not been served on Dinsmore within 120 days after it was filed in September 2010. In reviewing the docket, while numerous Defendants are named in the Complaint, it appears no Defendant has been served with the Complaint.

The complete grounds for this Motion are contained in the attached Memorandum in Support.

Respectfully submitted,

**ARNZEN, MOLLOY & STORM, P.S.C.**

/s/ Aaron A. VanderLaan
Mark G. Arnzen (01830)
Aaron A. VanderLaan (90214)
600 Greenup Street
Covington, Kentucky 41011
Telephone: (859) 431-6100
Facsimile: (859) 431-3778
E-mail: marnzen@arnzenlaw.com

{00118806.DOC/1}

E-mail: avanderlaan@arnzenlaw.com

***Attorneys for Defendant Dinsmore & Shohl LLP***

**MEMORANDUM IN SUPPORT**

Pursuant to the aforementioned Rule 4(m), "[i]f a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." In this case, the Complaint was filed on September 28, 2010, thus service of the Complaint should have been made by January 26, 2011.

To date, Dinsmore has not been served with the Complaint. Based on a review of the case docket, no other Defendant has been served either.[1] As discussed below, the Court has one of two options: (1) dismiss the Complaint without prejudice, or (2) order that the Complaint be served within a specified time. Dinsmore respectfully requests that the claims asserted against it in the Complaint be dismissed.

**I.  The Complaint Should Be Dismissed for Failure of Service.**

Rule 4(m) is straight-forward, and does not provide the Court with much discretion. As shown by the Court's own docket, the Complaint was filed in September 2010, thus mandating service by late January 2011. Dinsmore has not been served with the Complaint, and Plaintiffs have not sought any extension of time for service.

---

[1] The only Defendants to have made an appearance in this action are Defendants Lerner, Sampson & Rothfuss, and LSR Processing. These Defendants also filed a motion to dismiss on January 17, 2011 [Docket No. 9]. On page 2 of this filing, both Defendants state that neither has been served with the Complaint.

Thus, and based on similar facts, other courts in the this District and in the Sixth Circuit have dismissed/affirmed dismissals of claims against non-served Defendants for failure to comply with Rule 4(m)'s mandates.[2]

## II.   Conclusion

For the foregoing reasons, Dinsmore respectfully requests the Court to grant its Motion, and dismiss all claims asserted against it in the Complaint. An order dismissing the claims against Dinsmore is attached.

Respectfully submitted,

**ARNZEN, MOLLOY & STORM, P.S.C.**

/s/ Aaron A. VanderLaan
Mark G. Arnzen (01830)
Aaron A. VanderLaan (90214)
600 Greenup Street
Covington, Kentucky 41011
Telephone: (859) 431-6100
Facsimile: (859) 431-3778
E-mail: marnzen@arnzenlaw.com
E-mail: avanderlaan@arnzenlaw.com

***Attorneys for Defendant Dinsmore & Shohl LLP***

---

[2] See *Bays v. Summit Trucking, LLC*, 691 F.Supp.2d 725, 733 (W.D. Ky. 2010) (noting that claims shall be dismissed unless good cause shown for failure to serve within 120 days is shown); *Nafziger v. McDermott Int'l, Inc.*, 467 F.3d 514, 521-522 (6th Cir. 2006) (finding that district court did not abuse its discretion in dismissing claims for failure to serve within 120 days).

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing has been filed electronically through the CM/ECF filing system, and/or U.S. Mail on the following this 2nd day of February 2011:

Hon. Heather Boone McKeever
McKeever Law Offices PLLC
3250 Delong Road
Lexington, Kentucky 40515
***Plaintiffs' Counsel***

Rick D. DeBlasis
Shannon O'Connell Egan
Lerner, Sampson & Rothfuss
120 East Fourth Street, Suite 800
Cincinnati, Ohio 45202
***Counsel for Defendants Lerner, Sampson & Rothfuss,
and LSR Processing***

                                                /s/ Aaron A. VanderLaan_____