UNTITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:10-cv-00611-CRS

FOSTER, *et al*                                                                                         PLAINTIFFS

v.

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., *et al*                                                   DEFENDANTS

### PLAINTIFFS' NOTICE OF DISMISSAL

\* \* \* \* \* \* \* \* \* \* \* \*

Come the Plaintiffs, by counsel, pursuant to Fed. R. Civ. Proc. 41(a)(i,) and hereby give Notice to the Clerk of the Court of the Dismissal the Case without prejudice, based on the following:

1. The Complaint in the matter was filed on September 28, 2010.

2. No Summons were ever issued by the Clerk of the Court on the Defendants;  no Service of Summons has been enacted on any Defendant in the matter.

3. No Answer has been filed in the matter by any Defendant.

WHEREFORE, the Plaintiffs hereby give Notice that the Class Action Complaint is DISMISSED WITHOUT PREJUDICE.

Dated:  February 3, 2011.         Respectfully submitted,

                                         */s/Heather Boone McKeever*
                                         Heather Boone McKeever
                                         MCKEEVER LAW OFFICE PLLC
                                         3250 Delong Road
                                         Lexington, Kentucky 40515
                                         Tel.  859-552-7388
                                         Fax.  859-327-3277
                                         foreclosurefraud@insightbb.com
                                         ATTORNEYS FOR PLAINTIFFS